IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

BILLY RAY LOCKLEAR,
        Plaintiff,
    v.                                     **Judgment in a Civil Case**
SANDRA R. THOMAS; DON HUNT; MR.
MAYNOR; MRS. BREWINGTON; ;MS.
LOCKLEAR; SGT. LOCKLEAR; SGT.
ODEM; LT. JACOBS; MR. CURRIE;
JAMES PARNELL,
        Defendants.                  Case Number: 5:10-CT-3146-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss is granted and this action is hereby dismissed.

This Judgment Filed and Entered on February 29, 2012, with service on:
Billy Ray Locklear 0244902, Scotland Correctional Institution, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)
Peter A. Regulski (via CM/ECF Notice of Electronic Filing)

February 29, 2012                                /s/ Dennis P. Iavarone
                                                        Clerk

Raleigh, North Carolina